**10UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | |
|---|---|
| 1ST SOURCE BANK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 3:18-CV-00089 |
| ) | |
| MINNIE MOORE RESOURCES, INC. ) | |
| and CARL JOHNSTON ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT

1st Source Bank, by counsel, having filed its Motion for Summary Judgment in the following words: (H.I.)

And the Court having considered the evidence and all pleadings in this cause now determines that said Motion should be GRANTED.

IT IS, THEREFORE, ORDERED, that 1st Source Bank's Motion for Summary Judgment against Defendants Minnie Moore Resources, Inc. and Carl Johnston shall be and hereby is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered against Defendant Minnie Moore Resources, Inc. and in favor of Plaintiff 1st Source Bank on Count I of 1st Source Bank's Complaint, and against Defendant Carl Johnston and in favor of Plaintiff 1st Source Bank on Count II of 1st Source Bank's Complaint. Judgment is entered jointly and severally against Defendants Minnie Moore Resources, Inc. and Carl Johnston in the amount of Four Hundred Six Thousand Two Hundred Seventy-Three and 36/100 ($406,273.36) plus pre-judgment interest at the rate of Forty-Five and 82/100 Dollars ($45.82) per day from February 14,

2019 until the date of entry of final judgment, post-judgment interest at the statutory rate, and the costs of this action.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered against Defendant Minnie Moore Resources, Inc. and in favor of Plaintiff 1st Source Bank with regard to Count III and Count IV of 1st Source Bank's Complaint. 1st Source Bank has a valid, first-priority security interest in the collateral. 1st Source Bank is entitled to immediate possession of the collateral and is entitled to foreclose its security interest against all of the collateral, specifically including:

(i) Grizzly Screen;

(ii) Extec C12+ Track Mounted Jaw Crushing Plant;

(iii) Extec S-5 Track Mounted Screening Plant; and

(iv) Any and all accessories, manuals, and other materials related to the equipment.

1st Source Bank is entitled to sell the collateral and to apply the sale proceeds from said sale, or the amounts so collected, to 1st Source Bank's expenses and to be used in satisfaction of the indebtedness jointly and severally owed to 1st Source Bank by Minnie Moore Resources, Inc. and Carl Johnston.

This is a final, appealable judgment.

SO ORDERED this _____ day of _____, 2019.

_____
Honorable Judge
United States District Court
Northern District of Indiana

Distribution:
Flat File
Attorneys of Record